UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 6335**

_Charles Gatling_ DOC # 2

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Superintendent Mark L. Bradt_
_Deputy Superintendent Chappius_
_Commissioner Brian Fischer_
_Sergeant Galinowski_
_Officer J. Coggiola_
_Officer J. Haggard_
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _Charles Gatling_
ID # _10A0051_
Current Institution _Attica Correctional Facility_
Address _639 Exchange Street Attica new york 14011_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.



Rev. 05/2010

3

Defendant No. 1   Name _Mark L. Bradt_   Shield # ___
Where Currently Employed _Attica Correctional facility_
Address _639 Exchange Street Attica new york 14011_

Defendant No. 2   Name _Dss Chappius_   Shield # ___
Where Currently Employed _Attica Correctional facility_
Address _639 Exchange Street Attica new york 14011_

Defendant No. 3   Name _Brian fischer_   Shield # ___
Where Currently Employed _The harriman state campus building 2_
Address _1220 Washington ave Albany new york 12226-2050_

Defendant No. 4   Name _Sergeant Kalinowski_   Shield # ___
Where Currently Employed _Attica correctional facility_
Address _639 Exchange Street Attica new york 14011_

Defendant No. 5   Name _Officers Coggiola & hazzard_   Shield # ___
Where Currently Employed _Attica Correctional facility_
Address _639 Exchange Street Attica new york 14011_

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _Attica Correctional facility_

B.   Where in the institution did the events giving rise to your claim(s) occur? _C Block 25-26 Company_

C.   What date and approximate time did the events giving rise to your claim(s) occur? _05/05/2011 at 7:30 AM_

Rev. 05/2010

4

D. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

On 05/05/2011 at around 7:15 A.M. officer Hazzard was opening the cells for medication, but did not open my cell at that time, instead he opened my cell after the escort officer had already left the block with the other inmates, at which time I was let out of my cell and called to the front of the block by officer Hazzard and was told to go out into the hallway, as I began to exit the company officer J Caggiola and several other officers including officer J Hazzard, ran in to the exit way and began to punch and kick me, I was then placed in handcuffs and put in the hallway officer J Caggiola stated after he hit me in the head with my own cane, "this is what happens to niggers that file grievance" I was then taken to S.H.U. the Sergeant for S.H.U. stated "this man is hurt and he can not come in here like that," I was then pushed over to the hospital by wheelchair and placed into the infirmary.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. It was determined that I had blood on my knee, and I had surgery to remove it.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Attica Correctional facility_
_639 Exchange Street Attica new york_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ___   Do Not Know ___

If YES, which claim(s)? _im not sure_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _the_

reason i did not file a grievance is because i was jumped for filing other grievances, this whole situation is about me filing grievance

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: i wrote the Superintendent but he never wrote me back.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. on 03/11/2011 i filed a grievance title of grievance threatened and denied entitlements A-58104-11 and on 04/14/2011 i filed another grievance, title of grievance retaliation by staff for filing grievance.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies. See attachments

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). im seeking 250,000, for pain and suffering excessive use of force and cruel and unusual punishment

**VI.** **Previous lawsuits:**

<div style="border:1px solid;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ____  No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____
_____

<div style="border:1px solid;">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓  No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Charles Salting_

Defendants _Warden Kath Hughes, et al.,_

2. Court (if federal court, name the district; if state court, name the county) _Southern District of New York_

3. Docket or Index number _08 Civ 4625_

4. Name of Judge assigned to your case _Richard J Sullivan_

5. Approximate date of filing lawsuit _not sure_

6. Is the case still pending?  Yes ____  No ✓

   If NO, give the approximate date of disposition _Can not remember_

*Rev. 05/2010*                                                                 8

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _There was a Settlement for $2,500_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18_ day of _August_, 20_11_.

Signature of Plaintiff _Charles Gatling_
Inmate Number _10A0051_
Institution Address _Attica Correctional Facility 639 Exchange Street Attica new york 14011_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _18_ day of _August_, 20_11_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Charles Gatling_