UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHARLES GATLING (10A0051),

                     Plaintiff,             **DEPOSITION NOTICE**

   v.

                                      No. 11-CV-0937-WMS-JJM

C.O. J. COGGIOLA; and
C.O. J. HAZZARD,

                    Defendants.
_____

       Under Fed. R. Civ. P. 30 and the Court's Order, Defendants will take the deposition of

Plaintiff Charles Gatling (10-A-0051) at Auburn Correctional Facility — or the facility at which

he is then located — by stenographic means on January 28, 2013 at 10:30 a.m.


DATED:      Buffalo, New York
              December 2, 2013

                                   ERIC T. SCHNEIDERMAN
                                   Attorney General of the
                                    State of New York
                                   Attorney for Defendants Hazzard
                                   and Coggiola
                                   BY:
                                   <u>s/ *Benjamin K. Ahlstrom*</u>
                                   BENJAMIN K. AHLSTROM
                                   Assistant Attorney General
                                   of Counsel
                                   350 Main Street, Suite 300A
                                   Buffalo, NY 14202
                                   Telephone:  (716) 853-8440
                                   Benjamin.Ahlstrom@ag.ny.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2013, I electronically filed the foregoing Deposition Notice with the Clerk of the District Court using its CM/ECF system and also sent a copy to the plaintiff by postage prepaid first class U.S. Mail:

**Charles Gatling**
10-A-0051
Auburn Correctional Facility
135 State Street
Auburn, New York  13021

DATED:      Buffalo, New York
             December 2, 2013

s/ *Benjamin K. Ahlstrom*
BENJAMIN K. AHLSTROM
Assistant Attorney General, of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8440
benjamin.ahlstrom@ag.ny.gov